IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTIAN LIFE CENTER, INC.,** | § | |
| **CHRISTIAN LIFE CENTER ACADEMY,** | § | |
| and | § | |
| **CHRISTIAN LIFE CENTER DAY CARE** | § | |
| | § | **Civil Action No.** 4:09-cv-03776 |
| **V.** | § | |
| | § | |
| **COLONY INSURANCE COMPANY** | § | |

COMES NOW, COLONY INSURANCE COMPANY, the Defendant in the above-entitled and numbered cause, and in accordance with the Court's Order files this its Disclosure of Interested Parties which lists any and all interested parties known at this time who have a financial interest in the outcome of this matter:

(1) **Colony Insurance Company**
Defendant;

(2) **CHRISTIAN LIFE CENTER, INC.,**
Plaintiff;

(3) **CHRISTIAN LIFE CENTER ACADEMY,**
Plaintiff; and

(4) **CHRISTIAN LIFE CENTER DAY CARE**
Plaintiff

Respectfully submitted,

**RAMSEY & MURRAY, P.C.**

By: _____
Russell Ramsey
TBA No.16524000
RRamsey@RamseyAndMurray.com

>Patrick N. Smith
>TBA No. 00797458
>PSmith@RamseyAndMurray.com
>1500 CityWest Blvd., Suite 1000
>Houston, Texas 77042-2354
>(713) 613-5400
>(713) 613-5414 (Fax)
>**ATTORNEYS-IN-CHARGE FORDEFENDANT**
>**COLONY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of this document has been served via electronic filing on the 24th day of November, 2009 to:

Robert W. Loree
LOREE, HERNANDEZ & LIPSCOMB
14607 San Pedro, Suite 125
San Antonio, Texas 78232
**Attorneys for Plaintiff**

By: _____
Patrick N. Smith