United States District Court
Southern District of Texas
FILED

DEC 0 7 2009

Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **CHRISTIAN LIFE CENTER, INC.,** § | | |
| **CHRISTIAN LIFE CENTER ACADEMY,** § | | |
| **CHRISTIAN LIFE CENTER DAYCARE** § | | |
| § | | |
| VS. § | C.A. NO. 4:09-CV-03776 | |
| § | | |
| **COLONY INSURANCE COMPANY** § | | |

### PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to the Court's Order Case Management and Scheduling Order, Plaintiff, Christian Life Center, Inc., Christian Life Center Academy, Christian Life Center Day Care, files this Certificate of Interested Persons (including financially interested persons) as follows:

1. Christian Life Center, Inc.,
   Christian Life Center Academy,
   Christian Life Center Daycare
   6650 Rankin Road
   Humble, Texas 77396

2. Robert W. Loree
   Thomas Hernandez
   Todd Lipscomb
   Loree, Hernandez, & Lipscomb
   14607 San Pedro, Suite 125
   San Antonio, Texas 78232
   Attorneys for Plaintiff

Respectfully submitted,

*Loree, Hernandez & Lipscomb*
14607 San Pedro, Suite 125
San Antonio, Texas 78232
Telephone: (210) 404-1320
Facsimile: (210) 404-1310

By: _____
    Robert W. Loree
    State Bar No. 12579200
    Thomas Hernandez
    State Bar No. 09516400

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I certify that Plaintiff has served a true and correct copy of the foregoing document on December 7, 2009 to the following counsel of record:

| | |
|---|---|
| Russell Ramsey<br>Patrick N. Smith<br>Ramsey & Murray, P.C.<br>1500 city West Blvd., Suite 1000<br>Houston, Texas 77042-2354 | Sent to Fax Number (713) 613-5414 |

_____
Thomas Hernandez