IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTIAN LIFE CENTER, INC., | § | |
| CHRISTIAN LIFE CENTER ACADEMY, | § | |
| and | § | |
| CHRISTIAN LIFE CENTER DAY CARE | § | |
| | § | Civil Action No. 4:09-cv-03776 |
| V. | § | |
| | § | |
| COLONY INSURANCE COMPANY | § | |

## AMENDED DISCLOSURE OF INTERESTED PARTIES

COMES NOW, COLONY INSURANCE COMPANY, the Defendant in the above-entitled and numbered cause, and in accordance with the Court's Order files this its Disclosure of Interested Parties which lists any and all interested parties known at this time who have a financial interest in the outcome of this matter:

(1) **COLONY INSURANCE COMPANY**
Defendant;

(2) **CHRISTIAN LIFE CENTER, INC.,**
Plaintiff;

(3) **CHRISTIAN LIFE CENTER ACADEMY,**
Plaintiff;

(4) **CHRISTIAN LIFE CENTER DAY CARE**
Plaintiff; and

(5) **FOUNDATION CAPITAL RESOURCES**
Identified by Plaintiff as the Mortgagee of real property located at 6650 Rankin Road, Humble, Texas 77396 and also identified as the current owner of the real property located at 600 Charles Street, Humble Texas 77338 in the Harris County Appraisal District Records

Respectfully submitted,

**RAMSEY & MURRAY, P.C.**

By: _____
Russell Ramsey
TBA No.16524000
RRamsey@RamseyAndMurray.com
Patrick N. Smith
TBA No. 00797458
PSmith@RamseyAndMurray.com
1500 CityWest Blvd., Suite 1000
Houston, Texas 77042-2354
(713) 613-5400
(713) 613-5414 (Fax)
**ATTORNEYS-IN-CHARGE FOR DEFENDANT COLONY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via electronic filing on the 6th day of April, 2011 to:

Robert W. Loree
Thomas Hernandez
LOREE, HERNANDEZ & LIPSCOMB
14607 San Pedro, Suite 125
San Antonio, Texas 78232
**Attorneys for Plaintiff**

By: _____
Patrick N. Smith