IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHRISTIAN LIFE CENTER, INC., § <br> CHRISTIAN LIFE CENTER ACADEMY, § <br> and § <br> CHRISTIAN LIFE CENTER DAY CARE § <br> § <br> V. § <br> § <br> § <br> COLONY INSURANCE COMPANY § | Civil Action No. 4:09-cv-03776 |

## SECOND AMENDED DISCLOSURE OF INTERESTED PARTIES

COMES NOW, COLONY INSURANCE COMPANY, the Defendant in the above-entitled and numbered cause, and in accordance with the Court's Order files this its Disclosure of Interested Parties which lists any and all interested parties known at this time who have a financial interest in the outcome of this matter:

(1) **COLONY INSURANCE COMPANY**
Defendant;

(2) **CHRISTIAN LIFE CENTER, INC.,**
Plaintiff;

(3) **CHRISTIAN LIFE CENTER ACADEMY,**
Plaintiff;

(4) **CHRISTIAN LIFE CENTER DAY CARE**
Plaintiff; and

(5) **FOUNDATION CAPITAL RESOURCES**
Assignee / Mortgagee lien holder of the real property located at 6650 Rankin Road, Humble, Texas 77396

(6) **600 CHARLES LLC, A MISSOURI LIMITED LIABILITY COMPANY**
Believed to be the true owner of the real property located at 600 Charles Street, Humble Texas 77338

Respectfully submitted,

**RAMSEY & MURRAY, P.C.**

By: _____
Russell Ramsey
TBA No.16524000
RRamsey@RamseyAndMurray.com
Patrick N. Smith
TBA No. 00797458
PSmith@RamseyAndMurray.com
1500 CityWest Blvd., Suite 1000
Houston, Texas 77042-2354
(713) 613-5400
(713) 613-5414 (Fax)
**ATTORNEYS-IN-CHARGE FOR DEFENDANT
COLONY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this document has been served via electronic filing on the 11th day of May, 2011 to:

Robert W. Loree and Thomas Hernandez
LOREE, HERNANDEZ & LIPSCOMB
14607 San Pedro, Suite 125
San Antonio, Texas 78232
**Attorneys for Plaintiff**

Michael J. Smith
Chernosky Smith Ressling & Smith, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
**ATTORNEY FOR FOUNDATION CAPITAL RESOURCES**

By: _____
Patrick N. Smith

2